# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   RICHARD MARC WILLIAMS            §
         MARY HELEN DAVIS                 §   Case No.: 06-13536
                                          §
                                          §
         Debtor(s)                        §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/20/2006.

2) This case was confirmed on 01/08/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/20/2007, 03/29/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/04/2009.

5) The case was completed on 07/12/2010.

6) Number of months from filing to the last payment: 45

7) Number of months case was pending: 48

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 7,707.00

10) Amount of unsecured claims discharged without payment $ 62,605.61

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 26,173.41 |
| Less amount refunded to debtor | $ | 298.25 |
| **NET RECEIPTS** | $ | 25,875.16 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,500.00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 1,741.62 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 4,241.62 |
| Attorney fees paid and disclosed by debtor | $ | 500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN GENERAL FIN | SECURED | 10,000.00 | 9,361.95 | 9,361.95 | 9,361.95 | 1,511.99 |
| AMERICAN GENERAL FIN | UNSECURED | 1,632.00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | OTHER | .00 | NA | NA | .00 | .00 |
| ALVERNO RECEIVABLES | UNSECURED | 477.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL C | OTHER | NA | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL & | OTHER | NA | NA | NA | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| VILLAGE OF BROOKFIEL | OTHER | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 560.00 | 560.37 | 560.37 | 108.53 | .00 |
| COLLECTION COMPANY O | UNSECURED | 204.00 | NA | NA | .00 | .00 |
| COLLECTION COMPANY O | UNSECURED | 90.00 | NA | NA | .00 | .00 |
| COLLECTION COMPANY O | UNSECURED | 329.00 | NA | NA | .00 | .00 |
| SUBURBAN HEIGHTS MED | OTHER | .00 | NA | NA | .00 | .00 |
| SUBURBAN HEIGHTS MED | OTHER | .00 | NA | NA | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | 229.00 | NA | NA | .00 | .00 |
| OBERWEIS DAIRY | OTHER | .00 | NA | NA | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | 90.00 | NA | NA | .00 | .00 |
| VILLAGE OF PALOS HEI | OTHER | .00 | NA | NA | .00 | .00 |
| COOK COUNTY CIRCUIT | UNSECURED | 495.00 | NA | NA | .00 | .00 |
| CREDIT MANAGEMENT IN | UNSECURED | 110.00 | NA | NA | .00 | .00 |
| CREDIT PROTECTION AS | UNSECURED | 122.00 | NA | NA | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | 1,968.00 | 2,926.00 | 2,926.00 | 566.71 | .00 |
| ASSOC ST JAMES RADIO | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CREDITORS COLLECTION | UNSECURED | 177.00 | NA | NA | .00 | .00 |
| EXCEL EMERGENCY CARE | OTHER | .00 | NA | NA | .00 | .00 |
| EXCEL | OTHER | .00 | NA | NA | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | 87.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 503.00 | 503.88 | 503.88 | 97.59 | .00 |
| HSBC ORCHARD BANK | OTHER | .00 | NA | NA | .00 | .00 |
| IC SYSTEMS | UNSECURED | 68.00 | NA | NA | .00 | .00 |
| ILLINOIS STATE HIGHW | UNSECURED | 22,274.75 | 22,274.25 | 22,274.25 | 4,314.08 | .00 |
| SECRETARY OF THE STA | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS SECRETARY O | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS STATE HIGHW | OTHER | .00 | NA | NA | .00 | .00 |
| I C COLLECTION SERVI | UNSECURED | 1,490.00 | NA | NA | .00 | .00 |
| I C COLLECTION SERVI | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| MIDWEST PHYSICIAN GR | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS INDIANA EM | UNSECURED | 437.00 | NA | NA | .00 | .00 |
| RICHARD P KOMYATTE & | UNSECURED | 128.00 | NA | NA | .00 | .00 |
| MUTUAL HOSPITAL SVC | OTHER | .00 | NA | NA | .00 | .00 |
| MUTUAL HOSPITAL SVC | OTHER | .00 | NA | NA | .00 | .00 |
| LEADING EDGE RECOVER | UNSECURED | 234.00 | NA | NA | .00 | .00 |
| CHARTER ONE AUTO FIN | OTHER | .00 | NA | NA | .00 | .00 |
| CHARTER ONE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CHARTER ONE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| LEADING EDGE RECOVER | OTHER | .00 | NA | NA | .00 | .00 |
| MEDICAL COLLECTION | UNSECURED | 165.00 | NA | NA | .00 | .00 |
| HOMEWOOD PEDIATRIC G | OTHER | .00 | NA | NA | .00 | .00 |
| MEDICAL COLLECTION | UNSECURED | 54.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 712.00 | 712.77 | 712.77 | 138.05 | .00 |
| AT & T BANKRUPTCY | OTHER | .00 | NA | NA | .00 | .00 |
| MRSI | UNSECURED | 1,490.00 | NA | NA | .00 | .00 |
| SOUTH SUBURBAN HOSPI | OTHER | .00 | NA | NA | .00 | .00 |
| SOUTH SUBURBAN HOSPI | OTHER | .00 | NA | NA | .00 | .00 |
| MUTUAL HOSPITAL SVC | UNSECURED | 10,029.00 | NA | NA | .00 | .00 |
| MUTUAL HOSPITAL SVC | OTHER | .00 | NA | NA | .00 | .00 |
| ST JAMES OLYMPIA FIE | OTHER | .00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 3,776.15 | 4,265.18 | 4,265.18 | 826.08 | .00 |
| JOHN RICHARD EDWARDS | OTHER | .00 | NA | NA | .00 | .00 |
| JOHN EDWARDS | OTHER | .00 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | 270.00 | NA | NA | .00 | .00 |
| CITIZENS BANK | OTHER | .00 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | 147.00 | NA | NA | .00 | .00 |
| NCO FINANCIAL | UNSECURED | 134.00 | NA | NA | .00 | .00 |
| DIRECT TV | OTHER | .00 | NA | NA | .00 | .00 |
| DIRECT TV | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| NCO FINANCIAL SYSTEM | UNSECURED | 54.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 519.00 | NA | NA | .00 | .00 |
| NICOR GAS | OTHER | .00 | NA | NA | .00 | .00 |
| OMNI CREDIT SVCS OF | UNSECURED | 571.00 | 571.00 | 571.00 | 110.59 | .00 |
| ANN E MAZZOTTI DDS | OTHER | .00 | NA | NA | .00 | .00 |
| PLAZA ASSOCIATES | UNSECURED | 734.00 | NA | NA | .00 | .00 |
| PLAZA ASSOCIATES | OTHER | .00 | NA | NA | .00 | .00 |
| PLAZA ASSOCIATES | OTHER | .00 | NA | NA | .00 | .00 |
| PLAZA ASSOCIATES | OTHER | .00 | NA | NA | .00 | .00 |
| T-MOBILE USA | UNSECURED | .00 | 293.98 | 293.98 | 56.94 | .00 |
| T MOBILE | OTHER | .00 | NA | NA | .00 | .00 |
| REVENUE CYCLE | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 250.00 | 1,000.00 | 1,000.00 | 193.68 | .00 |
| CITY OF CHICAGO HEIG | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO HEIG | OTHER | .00 | NA | NA | .00 | .00 |
| MCSI/RMI | OTHER | .00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CITIBANK/SEARS | UNSECURED | 213.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 11.00 | 227.53 | 227.53 | 44.07 | .00 |
| TCF BANK | UNSECURED | 115.00 | NA | NA | .00 | .00 |
| AMERICAN COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | OTHER | .00 | NA | NA | .00 | .00 |
| TCF BANK | UNSECURED | 51.00 | NA | NA | .00 | .00 |
| PROFESSIONAL ACCOUNT | OTHER | .00 | NA | NA | .00 | .00 |
| PROFFESSIONAL ACCOUN | OTHER | .00 | NA | NA | .00 | .00 |
| TCF BANK | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| TRIAD FINANCIAL | UNSECURED | 11,385.00 | 10,526.83 | 10,526.83 | 2,038.84 | .00 |
| TRIAD FINANCIAL | OTHER | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 238.24 | 238.24 | 46.14 | .00 |
| AMERICAN EXPRESS TRA | UNSECURED | NA | 1,403.61 | 1,403.61 | 271.85 | .00 |
| AMERICAN EXPRESS TRA | UNSECURED | NA | 5,448.93 | 5,448.93 | 1,055.35 | .00 |
| MARY DAVIS | OTHER | NA | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | NA | 303.60 | 303.60 | 58.80 | .00 |
| GOLDEN DAVIS | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 46.80 | 46.80 | 9.06 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | NA | 171.98 | 171.98 | 171.98 | .00 |
| CONSUMER FINANCE COR | SECURED | NA | 510.93 | .00 | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | NA | 237.00 | 237.00 | 237.00 | .00 |
| LEDFORD & WU | PRIORITY | NA | .00 | 414.26 | 414.26 | .00 |
| TCF NATIONAL BANK | OTHER | .00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL & | OTHER | .00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL & | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

| Scheduled Creditors: | | | | | | |
|---|---|---|---|---|---|---|
| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
| ST JAMES OLYMPIA FIE | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 9,361.95 | 9,361.95 | 1,511.99 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 9,361.95 | 9,361.95 | 1,511.99 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 823.24 | 823.24 | .00 |
| **TOTAL PRIORITY:** | 823.24 | 823.24 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 51,302.97 | 9,936.36 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,241.62 |
| Disbursements to Creditors | $ | 21,633.54 |
| **TOTAL DISBURSEMENTS:** | $ | 25,875.16 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   10/21/2010              /s/ Tom Vaughn
                                 Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**